THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERIS BANK, a Georgia state-chartered banking corporation, doing business as BALBOA CAPITAL CORPORATION,<br><br>    Plaintiff,<br><br>    vs.<br><br>MORGAN SERVICES COMPANY, LLC, an Oklahoma limited liability company, doing business as MORGAN TOWING AND RECOVERY; NICHOLOUS MORGAN, an individual,<br><br>    Defendants. | Case No. 8:25-cv-00288 WLH (ADSx)<br><br>**FINAL JUDGMENT** |

Pursuant to Plaintiff Ameris Bank's, a Georgia state-chartered banking corporation, doing business as Balboa Capital Corporation ("Balboa") Motion for Default Judgment ("Default Motion"), and pursuant to Federal Rules of Civil Procedure Rule 55(b)(2), and good cause appearing therefor,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1. Judgment be entered in this matter, in favor of Balboa, and against Defendants Morgan Services Company, LLC d/b/a Morgan Towing and Recovery, and Nicholous Morgan, jointly and severally, in the total amount of **$88,446.38**; which is a sum of the following:
    a. Compensatory damages in the amount owed of $76,107.00, on the Equipment Financing Agreement No. 420340-000 (the "EFA");
    b. Prejudgment interest in the amount of $6,588.60 on the EFA;
    c. Attorneys' fees in the amount of $4,644.28 on the EFA; and
    d. Costs in the amount of $1,106.50.
2. The Clerk is directed to enter this Judgment forthwith.

DATED: 11/21/2025    _____
HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE